```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA            :
                                    :   1:24-CR-00671-RA-1
    -against-                       :
                                    :   ORDER
Ethan Nguyen                        :
                                    :
Defendant                           :
                                    :
------------------------------------X
```

Ronnie Abrams, United States District Judge:

It is hereby ORDERED that the defendant's bail be modified to remove the following bail conditions:

1. All computers and computer-related devices used by the defendant shall be subject to search and seizure by the Supervising Agency, which may act in conjunction with law enforcement.

2. The defendant shall not use or possess more than one virtual currency wallet/account. All virtual currency wallets/accounts and NFTs must be disclosed to the Supervising Agency upon request. To determine compliance, the defendant agrees to submit to a search of his person and property, including computer hardware and software, which may be conducted in conjunction with law enforcement.

Dated: New York, New York
May  28 , 2025

                                        SO ORDERED:

                                        _____
                                        Ronnie Abrams
                                        United States District Judge