UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

ETHAN NGUYEN,

Defendant.

---

No. 24-CR-671

ORDER

RONNIE ABRAMS, United States District Judge:

      IT IS HEREBY ORDERED that Pretrial Services shall release Mr. Nguyen's passport.

SO ORDERED.

Dated:   June 30, 2025
           New York, New York

_____
Ronnie Abrams
United States District Judge